**FOR THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **WENDY PURDY,** *Plaintiff,* | § | |
| **v.** | § | **CIVIL ACTION 4:24-cv-00635** |
| **WAL-MART STORES TEXAS LLC DBA WAL-MART STORES TEXAS 2007, LLC, WAL-MART SUPER CENTER, AND WAL-MART** *Defendants.* | § | |

**INDEX OF DOCUMENTS FILED IN STATE COURT**

1. Plaintiff's Original Petition, filed June 12, 2024;

2. Citation issued to Wal-Mart Stores Texas, LLC., filed June 12, 2024;

3. Return of Service from Wal-Mart Stores Texas, LLC., filed June 27, 2024;

4. Defendant's Original Answer and Jury Demand, filed July 8, 2024;

Respectfully submitted,

**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
**HELEN H. EMERSON**
Texas Bar No. 24092556
hemerson@cowlesthompson.com
**LAUREN K. COX**
Texas Bar No. 24109761
lcox@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR WALMART**

**CERTIFICATE OF SERVICE**

This is to certify that on the 8th day of July 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**DAVID A. JOHNSON**